### Bankruptcy—Fraudulent Preference.

HANSELT v. HARRISON. Error to the circuit court of the United States for the western district of Pennsylvania. An action of replevin was brought in the circuit court by defendant in error to recover possession of certain tanned skins and bark transferred by the bankrupt to the plaintiff in error in fraud of the bankrupt law. The case was decided in the supreme court on April 10, 1882. Mr. Justice *Matthews* delivered the opinion of the court reversing the judgment of the circuit court.

An agreement was entered into by the terms of which the party of the first part was to tan, curry, and finish certain skins, and when finished to send them to the party of the second part, pledging the skins before shipping to the party of the second, the latter to make certain advances for the purpose of enabling the former to carry out his agreement. The party of the first part becoming embarrassed and unable to further carry out his agreement, a second agreement was entered into, whereby the party of the second part was authorized to take immediate possession of tannery buildings and materials in hand. *Held,* that the latter transaction, though made with knowledge of the party's insolvency and in contemplation of bankruptcy, if made in good faith was legitimate, and did not constitute an unlawful preference.

Lewis Sanders, for plaintiff in error.
M. F. Elliott and H. C. Parsons, for defendant in error.

Cases cited in the opinion: Powder Co. v. Burkhardt, 97 U. S. 110; Gregory v. Morris, 96 U. S. 619; Cook v. Tullis, 18 Wall. 351; Yeatman v. Savings Inst. 95 U. S. 764; Winson v. McLennan, 2 Story, 492; Stewart v. Platt, 101 U. S. 739.